## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-CR-348** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **LYNETTE SNYDER** | : | |

### O R D E R

Upon consideration of the United States' Motion (Doc. 106) to Substitute

Information, it is hereby ORDERED that:

    1)    the Motion is GRANTED; and

    2)    the Clerk of Court shall substitute the Information provided by the United States with its Motion for the Information previously filed (Doc. No. 100).


              S/ Christopher C. Conner
              CHRISTOPHER C. CONNER
              United States District Judge